**(Official Form 1) (9/97)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**PRM INVESTMENTS LLC dba THE LIQUOR SHOPPE HOPS BARLEY & GRAP** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**75-28216124** | | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5400 E. Mockingbird**<br>**Suite 106**<br>**Dallas, TX 75206** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Dallas** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)    ☐ Railroad<br>■ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ | | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (9/97)**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **PRM INVESTMENTS LLC dba THE LIQUOR SHOPPE HOPS BARLEY & GRAP**     **FORM B1**, Page 2 |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond Wheeler**_____
Signature of Authorized Individual

**Raymond Wheeler**_____
Printed Name of Authorized Individual

**President**_____
Title of Authorized Individual

**June 23, 2005**_____
Date

**Signature of Attorney**

X **/s/ Eric Liepins, SBN 12338110**_____
Signature of Attorney for Debtor(s)

**Eric Liepins, SBN 12338110**
Printed Name of Attorney for Debtor(s)

**Eric A. Liepins, P.C.**
Firm Name

**12770 Coit Road
Suite 1100
Dallas, Texas 75251**
Address

**(972) 991-5591  Fax: (972) 991-5788**
Telephone Number

**June 23, 2005**
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

BTXN 094 (rev. 1/99)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**PRM INVESTMENTS LLC dba THE LIQUOR** § Case No.:
**SHOPPE HOPS BARLEY & GRAP** §
§
§
Debtor(s) §
§

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

| | |
|---|---|
| Date: **June 23, 2005** | **/s/ Raymond Wheeler** |
| | **Raymond Wheeler/President** |
| | Signer/Title |
| Date: **June 23, 2005** | **/s/ Eric Liepins, SBN** |
| | Signature of Attorney |
| | **Eric Liepins, SBN** |
| | **Eric A. Liepins, P.C.** |
| | **12770 Coit Road** |
| | **Suite 1100** |
| | **Dallas, Texas 75251** |
| | **(972( 991-5591**  Fax: **(972) 991-5788** |
| | |
| | **75-28216124** |
| | Debtor's Social Security/Tax ID No. |
| | |
| | Joint Debtor's Social Security/Tax ID No. |

Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

American Express
PO Box 36002
Fort Lauderdale, FL 33336-0002

Capital One FSB
PO Box 650010
Dallas, TX 75265-0010

Chase Bank One
Cardmember Services
PO Box 94014
Palatine, IL 60094-4014

CitiBusiness
PO Box 6309
The Lakes, NV 88901-6309

Comptroller's Enforcement Offcie
7222 S. Westmoreland Rd., Ste. 100
Dallas, TX 75237-2983

First National Bank
PO Box 2814
Omaha, NE 68103-2814

Fleet Now Bank Of America
PO Box 60073
City Of Industry, CA 91716-0073

Home Depot Card
PO Box 6029
The Lakes, NV 88901-6029


State of Texas County of Dallas
David Childs Tax Assessor-Collector
Dallas, TX 75206-8904


Wells Fargo
WF Business Direct
PO Box 348750
Sacramento, CA 95834


Wells Fargo SBA Lending TX
PO Box 659700
San Antonio, TX 78286-0700